IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI,

        Petitioner,                No. CIV S-06-2761 GEB GGH P

    vs.

EVANS, et al.,

        Respondents.          <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        By order filed April 5, 2007, petitioner's application was dismissed and thirty days' leave to file a complaint pursuant to 42 U.S.C. § 1983 was granted. Petitioner was re-served with the order to his most current address on May 29, 2007. The thirty day period has now expired, and petitioner has not filed a complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

1

1 | specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
2 | F.2d 1153 (9th Cir. 1991).
3 | DATED: 8/16/07                    /s/ Gregory G. Hollows
4 |                                   _____
  |                                   UNITED STATES MAGISTRATE JUDGE
  | GGH:035
5 | yona2761.dsm

2