IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI,

     Petitioner,          2:06-cv-2761-GEB-GGH-P

  vs.

EVANS, et al.,

     Respondents.       <u>ORDER</u>

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application using the form for a habeas petition, pursuant to 28 U.S.C. § 2254, but he seeks relief pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On August 17, 2007, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has not filed objections to the findings and recommendations.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed August 17, 2007, are adopted in full; and

2. This action is dismissed.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

Dated:  October 24, 2007

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2